No. 94–167. GUTIERREZ DE MARTINEZ ET AL. *v.* LAMAGNO ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 998.] Motion

of the Solicitor General for divided argument granted. Motion of respondent Dirk A. Lamagno for divided argument granted to be divided as follows: 20 minutes for *amicus curiae* in support of judgment below and 10 minutes for respondent Lamagno.